EASTERN DIST.
*March*, 1838.

LE BLANC ET AL.
*vs.*
VIEL ET AL.

</div>

---

### LE BLANC ET AL. *vs.* VIEL ET AL.

APPEAL FROM THE COURT OF THE FOURTH JUDICIAL DISTRICT, FOR THE PARISH OF IBERVILLE, THE JUDGE OF THE SECOND PRESIDING.

If the record is not made up in such form, as to enable the court to examine and revise the judgment below, the appeal will be dismissed.

This case comes up on an appeal from an order of court, raising a deposit of certain notes and moneys, and ordering them to be paid over to the plaintiffs. A copy of the order is annexed to the petition of appeal, certified by the clerk of the court. It was never signed by the judge. The order was made on the 26th of April, 1836, and a suspensive appeal was granted on the appellant's giving security, the 30th of the same month.

*Davis*, for the appellants, urged, that the order of court was obtained *ex parte*, and its effect operated an irreparable

EASTERN DIST. injury to the defendants, and that they were entitled to be
*March*, 1838. heard in their defence.

CANAL BANK
ET AL.
*vs.*
COPELAND.

*A. N. Ogden,* contra.

*Carleton, J.,* delivered the opinion of the court.

If the record
is not made up in
such form, as to
enable the court
to examine and
revise the judg-
ment below, the
appeal will be
dismissed.

In this case the appeal is not accompanied either by a statement of facts, certificate of the judge or clerk, as the law requires, nor is there any bill of exceptions or assignment of errors on the record. We have no means of examining into the correctness of the judgment of the District Court.

Wherefore, it is ordered, that the appeal be dismissed with costs.